UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-LC1, Commercial Mortgage Pass-Through Certificates, Series 2005-LC1, By and through LNR Partners, LLC, its special servicer,<br><br>Plaintiff,<br><br>v.<br><br>REMY & ASSOCIATES, L.L.C., a Michigan limited liability company,<br><br>Defendant. | No. 16-cv-11364<br><br>Hon. George Caram Steeh |

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Plaintiff Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-LC1, Commercial Mortgage Pass-Through Certificates, Series 2005-LC1 by and through LNR Partners, LLC, its Special Servicer ("Wells Fargo" or "Plaintiff") filed a verified complaint (the "Complaint") in this action seeking the appointment of a receiver over certain real property located in Rochester Hills, Oakland County, Michigan (the "Mortgaged Property"). This Court having reviewed Plaintiff's Complaint and *Ex Parte*

4848-6230-0464.2

Motion for Appointment of a Receiver and for Preliminary Relief (the "Motion"), and being fully advised in the premises;

IT IS ORDERED THAT:

1. Until further Order of this Court, Defendant, its partners, agents and employees, and all other persons with notice of this Order, are restrained and enjoined from directly or indirectly transferring, encumbering, removing, expending, distributing, concealing, destroying, mutilating, damaging, erasing, disposing of or otherwise diminishing or causing harm to any of the Mortgaged Property, or any part of the Mortgaged Property, all fixtures, machinery, equipment, engines, boilers, incinerators, building materials, appliances, and goods of every nature, and all articles of personal property located in, or on, or used, or intended to be used in connection with the Mortgaged Property, all proceeds from the operations of the Mortgaged Property, including all revenue, income and profits and all documents relating in any way to the Defendant's business practices or finances or the Mortgaged Property.  No security is required prior to issuance of this injunction. All persons receiving notice of this Order shall not be prohibited from depositing, posting or paying in the normal course of business the day to day expenses incurred in maintaining the premises.

2. Plaintiff shall serve this Order, the Verified Complaint, and its *Ex Parte* Motion for Appointment of a Receiver and for Preliminary Relief upon the Defendant within 24 hours of entry of this Order.

3. Defendant is ordered to file and serve on counsel for Plaintiff a response to show cause as to why a receiver should not be appointed over the Mortgaged Property on or before April 27, 2016.

4. The Court will hold a hearing on Plaintiff's Motion for Preliminary Injunction on May 4, 2016 at 9:30 a.m., Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 236, Detroit, Michigan.

Dated: April 20, 2016

s/George Caram Steeh
U.S. DISTRICT JUDGE

4848-6230-0464.2