UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-LC1, Commercial Mortgage Pass-Through Certificates, Series 2005-LC1, By and through LNR Partners, LLC, its special servicer,<br><br>Plaintiff,<br><br>v.<br><br>REMY & ASSOCIATES, L.L.C., a Michigan limited liability company,<br><br>Defendant. | Case No. 16-cv-11364<br><br>Hon. George Caram Steeh<br>Magistrate Stephanie Dawkins Davis |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, pursuant to the Courts request on the TRO Order [Dkt. No. 4], I served a true and correct copy of the *Temporary Restraining Order and Order to Show Cause,* along with the *Summons, Verified Complaint* and the *Ex Parte Motion for Appointment of a Receiver and for Preliminary Relief,* upon the Defendant Remy & Associates, L.L.C., c/o Laith Jonna as their registered agent by personal process service at the address below:

Remy & Associates, L.L.C.
c/o Laith Jonna, Registered Agent
2360 Orchard Lake Road, Suite 110
Sylvan Lake, MI  48320

4844-5586-6160.1

2

Dated:  April 22, 2016

Respectfully submitted,

**FOLEY & LARDNER LLP**

<u>/s/ *Tamar N. Dolcourt*</u>
Ann Marie Uetz (P48922)
Tamar Dolcourt (P73425)
500 Woodward Ave., Suite 2600
Detroit, Michigan 48226
Telephone (313) 234-7140
Facsimile (313) 234-2800\
auetz@foley.com
tdolcourt@foley.com

*Attorneys for Plaintiff*

2